# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHKAN KAKAVAND AND NILOUFAR SADEGHI, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED;<br><br>Plaintiffs,<br><br>v.<br><br>FIDELITY CAPITAL HOLDINGS, INC., a.k.a. FIDELITY CREDITOR SERVICE, INC.,<br><br>Defendant. | Case No.: 8:14-CV-01837-AG-DFM<br><br>JUDGMENT |

Having considered Plaintiffs' Motion for Default Judgment and good cause appearing therefor, **IT IS HEREBY ORDERED** as follows:

1. Plaintiffs' Motion for Default Judgment is GRANTED;
2. Plaintiffs' are awarded full statutory damages of $2,000.00 each; and
3. Plaintiffs' counsel is awarded attorney's fees in the amount of $2,145.00 and costs in the amount of $482.50.

**IT IS SO ORDERED.**

DATED: April 21, 2015

HON. ANDREW J. GUILFORD
U.S. DISTRICT COURT JUDGE